**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**CONSOLIDATED**

| | | |
|---|---|---|
| TELLUS STRATEGIES, LLC, | ) | |
|          Plaintiff, | ) | |
| v. | ) | No. 25-2186 |
| THE UNITED STATES, | ) | Filed: January 23, 2026 |
|          Defendant, | ) | |
| and | ) | |
| EXACTA SOLUTIONS, LLC, | ) | |
|          Defendant-Intervenor, | ) | |
| and | ) | |
| COMPASS, INC., | ) | |
|          Defendant-Intervenor, | ) | |
| and | ) | |
| INNOVATE NOW, LLC, | ) | |
|          Defendant-Intervenor, | ) | |
| and | ) | |
| PROCLEARED, LLC, | ) | |
|          Defendant-Intervenor, | ) | |
| and | ) | |
| LOGIC GATE, LLC, | ) | |
|          Defendant-Intervenor. | ) | |
| ASSERTIVE PROFESSIONALS, LLC, | ) | |

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 26-93 |
| THE UNITED STATES, | ) ) | Filed: January 23, 2026 |
| Defendant, | ) ) ) | |
| and | ) ) | |
| COMPASS, INC., | ) ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| EXACTA SOLUTIONS, LLC, | ) ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| LOGIC GATE, LLC, | ) ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| INNOVATE NOW, LLC, | ) ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| PROCLEARED, LLC, | ) ) ) | |
| Defendant-Intervenor. | ) ) ) | |

## **CONSOLIDATION ORDER**

On December 30, 2025, and January 16, 2026, the following related bid protests were filed in this Court, respectively: *Tellus Strategies, LLC v. United States*, No. 25-2186, and *Assertive*

*Professionals, LLC v. United States*, No. 26-93.  Upon review, the Court finds that the factual and legal commonalities of these cases justify their consolidation under Rule 42 of the Rules of the United States Court of Federal Claims and **ORDERS** the cases to be consolidated.  All future filings shall be made in the lead case of *Tellus Strategies, LLC v. United States*, No. 25-2186.  The Court further **ORDERS** that the parties shall submit a joint proposed briefing schedule for dispositive cross-motions by **January 29, 2026**.

    **SO ORDERED**.


Dated: January 23, 2026                                                         */s/ Kathryn C. Davis*
                                                                                          KATHRYN C. DAVIS
                                                                                          Judge